## TOWN OF NEW DECATUR V. SMITH.

### *Injunction.*

(Decided June 30, 1906.   41 So. Rep. 1037.)

APPEAL from Morgan Chancery Court.
Heard before Hon. W. H. SIMPSON.
BROWN & KYLE, for appellant.
E. W. GODBY, for appellee.
Affirmed.
Opinion by TYSON, J.
WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## BERGLIN V. LARSSON.

### *Detinue.*

(Decided May 17, 1906.   41 So. Rep. 1037.)

APPEAL from Baldwin Circuit Court.
Heard before Hon. W. S. ANDERSON.
PILLANS, HANAW & PILLANS, for appellant.
N. S. STONE, for appellee.
Affirmed.
Opinion by DENSON, J.
WEAKLEY, C. J., and HARALSON and DOWDELL, JJ., concur.

---

## BIRMINGHAM BELT RAILWAY CO. V. PARDUE, ET AL.

### *Damages.*

(Decided June 30, 1906.   41 So. Rep. 1037.)

APPEAL from Birmingham City Court.
Heard before Hon. C. W. FERGUSON.
CAMPBELL & WALKER, for appellant.
J. W. TOMLINSON, for appellee.
Appeal dismissed.
Per curiam.